IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAHAMUDUL HASAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:25-cv-1408 (LMB/IDD) |
| ) | |
| JEFFREY CRAWFORD, JOSEPH SIMON, ) | |
| KRISTI NOEM, and PAMELA BONDI, ) | |
| ) | |
| Respondents. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Mahamudul Hasan's ("Hasan") Petition for Writ of Habeas Corpus [Dkt. No. 1] is GRANTED, and it is hereby

ORDERED that petitioner Mahamudul Hasan be released from custody no later than 4:00 p.m. on Friday, September 19, 2025, with all his personal property, once the $1,500 bond set by the Immigration Judge has been posted; and it is further

ORDERED that respondents—along with their officers, agents, servants, employees, attorneys, successors, and assigns, and all persons acting in concert with them—be and are ENJOINED from rearresting Hasan unless he has committed a new violation of any federal, state, or local law, or has failed to attend any properly noticed immigration or court hearing; and it is further

ORDERED that respondents file a notice with the Court confirming Hasan's release.

The Clerk is directed to enter judgment in Hasan's favor pursuant to Federal Rule of Civil Procedure 58, forward copies of the Order and accompanying Memorandum Opinion to counsel of record, and close this civil action.

Entered this 19th day of September, 2025.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge