**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| MAHAMUDUL HASAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-01408-LMB-IDD |
| | ) | |
| | ) | |
| JEFFREY CRAWFORD, JOSEPH SIMON, | ) | |
| KRISTI NOEM, and PAMELA BONDI, | ) | |
| | ) | |
| Respondent. | ) | |

**JUDGMENT**

Pursuant to the order of this Court entered on September 19, 2025, and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Petitioner, Mahamudul Hasan and against the Respondents, Jeffrey Crawford, Joseph Simon, Kristi Noem, and Pamela Bondi.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
          K. Galluzzo
          Deputy Clerk

Dated: 9/19/2025
Alexandria, Virginia