IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAHAMUDUL HASAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:25-cv-1408 (LMB/IDD) |
| ) | |
| JEFFREY CRAWFORD, et al., ) | |
| ) | |
| Respondents. ) | |

### ORDER

By a telephone call, petitioner's counsel has requested that certain information be redacted from the Memorandum Opinion issued on September 19, 2025. The same information was submitted to the Court in a pleading that was not filed under seal. For this reason, the request is DENIED, and it is hereby

ORDERED that any request for court action must be submitted by a written motion.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 23rd day of September, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge